IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE
ADC #106911                                                                                          PLAINTIFF

V.                              CASE NO. 5:14-CV-331 JLH/BD

RAY HOBBS and GRANT HARRIS                                              DEFENDANTS

## ORDER

    Reginald L. Dunahue has filed a pro se complaint under 42 U.S.C. §1983, alleging that his constitutional rights were violated. Mr. Dunahue's complaint is nearly two-hundred pages long, including the attachments. Accordingly, Mr. Dunahue is instructed to amend his complaint to include only a short and plain statement of his claim. Mr. Dunahue is specifically cautioned not to attach any exhibits, including grievance forms, to his complaint. He has thirty days to file his amended complaint.

    IT IS SO ORDERED, this 8th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE