IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                    PLAINTIFF
ADC #106911

v.                              NO. 5:14-CV-331 JLH/BD

RAY HOBBS, et al.                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Reginald L. Dunahue may proceed on excessive force claims against defendants Larry May, Ray Hobbs, Moses Jackson, Grant Harris, Curtis Meinzer, James Banks, Randy Watson, Lieutenant Wright, and Lieutenant Plummer. The Clerk of the Court is instructed to add Lieutenant Wright as a party defendant.

Dunahue's remaining claims are DISMISSED, without prejudice. The Clerk of the Court is instructed to terminate M. Allen as a party defendant.

IT IS SO ORDERED this 18th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE