## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

REGINALD L. DUNAHUE
ADC #106911                                                                          PLAINTIFF

V.                          CASE NO. 5:14-CV-331 JLH/BD

RAY HOBBS, et al.                                                                    DEFENDANTS

### ORDER

The Clerk of Court is directed to update the docket sheet to reflect the full names

of Defendants James Banks, Curtis Meinzer, Randy Watson, Moses Jackson, Jeremy

Andrews, James Plummer, Everett Litzey, Sedrick Foote, Marquis Lundy, and Paul

Wright.  Because Defendant Grant Harris, Deputy Director of the Arkansas Department

of Correction, is already listed on the docket as a party in this action, the Clerk is

requested to remove the duplicate entry for the party "Defendant Harris, Deputy

Director."

DATED this 5th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE