IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE
ADC #106911                                                                                      PLAINTIFF

V.                              CASE NO. 5:14-CV-00331 JLH/BD

RAY HOBBS, et al.                                                                              DEFENDANTS

# ORDER

Plaintiff Reginald L. Dunahue has filed several motions for injunctive relief. (Docket entries #53, #54, and #56)  In two of the motions, Mr. Dunahue notifies the Court that he is on a hunger strike until the requested relief is granted.  (#54 and #56)

The harm caused by a hunger strike is self-inflicted, and Mr. Dunahue can begin eating again at any time.  The Court will rule on the motions after the Defendants have had an opportunity to respond.

Dated this 29th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE