IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                                                    PLAINTIFF
ADC #106911

v.                                          NO. 5:14CV00331 JLH/BD

RAY HOBBS, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Reginald Dunahue's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Dunahue's motion for preliminary injunctive relief is DENIED. Document #49.

IT IS SO ORDERED this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE