IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE
ADC #106911                                                                                        PLAINTIFF

V.                              CASE NO. 5:14-CV-00331 JLH/BD

RAY HOBBS, et al.                                                                              DEFENDANTS

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Dunahue's motions for preliminary injunctive relief (#53, #54, #56) are DENIED, this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE