# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGINALD L. DUNAHUE, ADC #106911**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　**NO. 5:14CV00331 JLH/BD**

**RAY HOBBS, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Dunahue's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Dunahue's motions for injunctive relief (#74, #78) are DENIED; and his motion to add defendants (#76) is also DENIED.

IT IS SO ORDERED this 26th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE