**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**REGINALD L. DUNAHUE**                                                    **PLAINTIFF**
**ADC #106911**

**v.**                               **NO. 5:14CV00331 JLH/BD**

**RAY HOBBS, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation")
filed by Magistrate Judge Beth Deere.  After careful review of the Recommendation, the
timely objections, as well as a *de novo* review of the record, the Court concludes that the
Recommendation should be, and hereby is, approved and adopted as this Court's findings
in all respects.

Mr. Dunahue's claims against Defendants Ray Hobbs, Grant Harris, Larry May,
James Banks, Curtis Meinzer, Moses Jackson, Jeremy Andrews, Everett Litzey, Sedrick
Foote, Marquis Lundy, and Paul Wright are DISMISSED, without prejudice, based on his
failure to exhaust his administrative remedies.  Mr. Dunahue's claims of excessive force
against Defendants Randy Watson and James Plummer will PROCEED.

IT IS SO ORDERED this 10th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE