**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**REGINALD L. DUNAHUE, ADC #106911**                                            **PLAINTIFF**

v.                              **NO. 5:14CV00331 JLH/BD**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Reginald L. Dunahue's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (Document #117) is GRANTED, and Dunahue's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED this 25th day of April, 2016.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE