# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGINALD L. DUNAHUE, ADC #106911**                                                                **PLAINTIFF**

**v.**                               **NO. 5:14CV00331 JLH/BD**

**RAY HOBBS, et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, judgment is entered in favor of Defendants. This case is DISMISSED.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 25th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE